# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| RONALD OERTWICH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:19-cv-00082-JWS |
| TRADITIONAL VILLAGE OF TOGIAK, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Defendant Teodoro Pauk's motion to dismiss with prejudice at docket 60 has not been opposed. Upon review, the court finds the motion has merit. The motion at docket 60 is granted. Plaintiff's claims against Teodoro Pauk are dismissed with prejudice.

APPROVED:

**s/John W. Sedwick**

John W. Sedwick
United States District Judge

Date: December 19, 2019

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Jennifer A. Gamble**

Jennifer A. Gamble
Acting Clerk of Court